# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tunzy Antwain Sanders,<br>*Plaintiff*<br>v.<br>Julie Coleman, *Assistant Attorney General,* Chandra E. Young, *Legal Assistant,* Alan Wilson, *Legal Assistant,* Doyet A. Early, III,<br>*Defendant* | ) ) ) ) ) ) ) Civil Action No.   1:19-cv-03138-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Tunzy Antwain Sanders, shall take nothing of Defendants, Julie Coleman, *Assistant Attorney General,* Chandra E. Young, *Legal Assistant,* Alan Wilson, *Legal Assistant,* Doyet A. Early, III, , as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   January 27, 2020                                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                s/H.Adaway
                                                                                                _____
                                                                                                *Signature of Clerk or Deputy Clerk*